# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DANA YOUNG, | : | No. 27 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the order of the |
| | : | Commonwealth Court at No. 365 MD |
| | : | 2015 dated February 24, 2016. |
| v. | : | |
| | : | |
| | : | |
| PA DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                           **DECIDED:  December 28, 2016**

AND NOW, this 28th day of December, 2016, the Order of the Commonwealth Court is **AFFIRMED**.